UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

Jonathan Lee Riches ©,

Plaintiff

V.

Joseph P. Nacchio d/b/a CEO Quest Communications INC.,
Jamie Olis d/b/a Dynegy INC.

Defendant

1:07-CV-2321

CIVIL NO:

DEC 26 2007

MARY E. D'ANDREA, CLERK
Per _____

Complaint

"Quest Neglect / I'm Dying and Edgy / Telephone Capones"

Comes now the Plaintiff, Jonathan Lee Riches, in pro-se, Moves to Issue a Tro Temporary
Restraining order forbidding defendant's from transfering to Fci Williansburg. Nacchio is
Livid because I whistle blew on his case. I was a major computer hacker, I stole Quest calling
Cards, I discovered that Nacchio was suppling company personal information on customers, social
security #'s to Olis, Olis then would use fraudulent social security #'s to create Residental Account #'s
to inflate Dynegy's Books, making the company more stable. Olis would give Nacchio free Electricity.
I discovered this, now both want to be my solitary cell mate. Nacchio is in the Mafia. My civil rights
are being violated because I'm held in a Room 24 hrs a day. I seek a Restraining order.

Jonathan Lee Riches ©
#40948-018
Fci Williansburg
P.o. Box 340
Salters, SiC. 29590
843-387-9400

Respectfully
Submitted

Jonathan Lee Riches ©

HAPPY HOLIDAYS

FLORENCE SC 295
17 DEC 2007 PM 2 T

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

United States District Court
Middle District of Pennsylvania
Clerk of Court
228 Walnut St.
Harrisburg, PA 17108

17108+3600

Legal
Mail